**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00453-CR
NO. 09-18-00454-CR
NO. 09-18-00455-CR

_____

**RONALD EDWIN DUNCAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Montgomery County, Texas**
**Trial Cause Nos. 18-330373, 18-330374, and 18-330375**

**MEMORANDUM OPINION**

The trial court sentenced Ronald Edwin Duncan on October 15, 2018. The notices of appeal were due to be filed on November 14, 2018. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal was not filed until November 21, 2018, and Duncan did not timely file a motion for extension of time to file the notice of appeal. *See* Tex. R. App. P. 26.3.

1

On December 10, 2018, we notified the parties that the appeals had not been timely perfected and that the appeals would be dismissed unless a written response is filed in this Court showing cause why these appeals should not be dismissed for lack of jurisdiction. Duncan filed a response but failed to demonstrate that our appellate jurisdiction was invoked within the time permitted for perfecting the appeals.

A timely notice of appeal is necessary to invoke appellate jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 209 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). "When a notice of appeal, but no motion for extension of time, is filed within the 15-day period, the court of appeals can take no action other than to dismiss the appeal for lack of jurisdiction." *Aleman v. State*, 554 S.W.3d 794, 795 (Tex. App.—Houston [14th Dist.] 2018, no pet.). We dismiss the appeals for lack of jurisdiction.

APPEALS DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on January 29, 2019
Opinion Delivered January 30, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.